IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD RAY FARLEY, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No. 4:18-cv-155 |
| § | |
| MELVIN BURNS AND § | |
| CRST EXPEDITED, INC. § | |
| § | |
| Defendants. § | |

## NOTICE OF REMOVAL

Defendants, **CRST EXPEDITED, INC. AND MELVIN BURNS**, through undersigned counsel, petition this court pursuant to 28 U.S.C. §1441 and 1446, for removal of this action currently filed in the 127th Judicial District Court of Harris County, Texas. In support of this petition, Defendants states as follows:

## BACKGROUND

1. On December 20, 2017, Plaintiff, **DONALD RAY FARLEY, JR.**, filed an Original Petition against **CRST EXPEDITED, INC. AND MELVN BURNS** alleging personal injury damages as a result of a motor vehicle accident. This Petition is styled, *Donald Ray Farley, Jr. v. Melvin Burns and CRST Expedited, Inc.*; Cause No. 2017-84162; and was filed in the 127th Judicial District Court of Harris County, Texas.

2. This Notice of Removal is filed with this Court within thirty (30) days of service of the initial pleading upon the removing Defendant, as required by 28 U.S.C. § 1446(b).

3. The state court action was on file in Harris County. Therefore, Defendants are entitled to remove this action to the United States District Court for the Southern District of Texas, Houston Division.

600127.1 PLD 0018114 20109 ERB

4. Each Defendant who has made an appearance herein has consented to the removal of the action to federal court.

5. Plaintiff, Donald Ra Farley, Jr. is a resident of the state of Texas.

6. Defendant, CRST Expedited, Inc. is a Iowa corporation with its principle place of business in Iowa.

7. Defendant, Melvin Burns is a Illinois resident.

8. The basis for the removal is diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff has alleged negligence and personal injury arising out of a motor vehicle accident and has pled that damages are in excess of $200,000. See section VI of Plaintiff's Original Petition. Therefore, jurisdiction in this court is proper.

9. The District Clerk for Harris County, Texas and Plaintiff have been given written notice of the filing of this Notice of Removal.

10. Defendants, therefore, respectfully requests the removal of this action from the 127th Judicial District Court of Harris County, Texas.

Respectfully submitted,

**LORANCE & THOMPSON, P.C.**

Eric R. Benton
SDN: 20751
2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone: (713) 868-5560
Facsimile: (713) 864-46713
E-Mail: erb@lorancethompson.com
***Attorney for Defendants,***
**CRST EXPEDITED, INC. AND MELVIN BURNS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2018, a true and correct copy of the foregoing instrument was served by facsimile, e-file, U.S. Mail and/or certified mail, return receipt requested, to the following counsel of record:

Richard Jason Nava
**STERN LAW GROUP**
4909 Bissonnet St., Suite 100
Bellaire, Teas 77401
Email: jnava@stern-lawgroup.com

_____
Eric R. Benton