United States District Court
Southern District of Texas
**ENTERED**
January 03, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD RAY FARLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-18-155 |
| § | |
| MELVIN BURNS and CRST § | |
| EXPEDITED, INC. § | |
| § | |
| Defendant. § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five (45) days after the entry of this order.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 2nd day of January, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE